**PALMERI v. STATE.**

No. 24389.

Court of Criminal Appeals of Texas.

June 1, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is the unlawful selling of an alcoholic beverage, wine; the punishment, a fine of $200.

The record is before us without a statement of facts, in the absence of which the exceptions and objections to the court's

charge, as well as special requested charges, cannot be appraised.

The judgment of the trial court is affirmed.

Opinion approved by the Court.